IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| BRIAN MARSHALL, | * |
| | * |
| Plaintiff, | * |
| vs. | *   No. 5:12-cv-00428-SWW |
| | * |
| | * |
| DREW CENTRAL SCHOOL DISTRICT; | * |
| RENE NOWLES, MIKE PENNINGTON, | * |
| CURLEY JACKSON, BRANDON | * |
| SATTERLEE, and MIYOSHI SMITH, | * |
| individually and in their official capacities | * |
| as current and former members of the | * |
| Drew Central School Board; WAYNE | * |
| FAWCETT, individually and in his official | * |
| capacity as former Superintendent of | * |
| Drew Central School District; STEVEN M. | * |
| NOBLE, individually and in his official | * |
| capacity as former Principal of Drew | * |
| Central High School; THEDA FRAN | * |
| COLBERT, individually and in her official | * |
| capacity as Bus Driver of Drew Central | * |
| School District and in her official capacity | * |
| as Secretary of Drew Central High School; | * |
| and JOHN DOES A-Z and JANE | * |
| DOES A-Z, | * |
| | * |
| Defendants. | * |

## JUDGMENT

Pursuant to the Opinion and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that Brian Marshall's Fourteenth Amendment due process claims against Drew Central School District, Rene Nowles, Mike Pennington, Curley Jackson, Brandon Satterlee, Miyoshi Smith, Wayne Fawcett, Steven M. Noble, and Theda Fran Colbert are dismissed with prejudice and that Brian Marshall's state

claims pursuant to the Arkansas Civil Rights Act of 1993, interference with parental rights under the Arkansas Constitution, intentional infliction of emotional distress (tort of outrage), and false imprisonment are dismissed without prejudice.

        IT IS SO ORDERED this 3rd day of June 2014.

        /s/Susan Webber Wright
        UNITED STATES DISTRICT JUDGE